IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHERYL PEEBLES**<br>　　　　**Plaintiff,**<br>　　v.<br>**CHAIN IQ AMERICAS, INC.**<br>　　　　**Defendants.** | CIVIL ACTION NO. 23-2100 |

# ORDER

**AND NOW,** this 14th day of June 2024, upon consideration of Defendant's Motion to Dismiss [Doc. No. 18] and the responses thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED without prejudice**. Plaintiff is granted leave to file a further amended complaint no later than **July 1, 2024**. If Plaintiff does not file a further amended complaint, the case will be closed.

　　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**