IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHERYL PEEBLES,**<br>　　　　**Plaintiff,**<br>　　v.<br>**CHAIN IQ AMERICAS, INC.,**<br>　　　　**Defendant.** | CIVIL ACTION NO. 23-2100 |

## ORDER

**AND NOW,** this 6th day of February 2025, upon consideration of Chain IQ's Motion to Dismiss the Second Amended Complaint [Doc. No. 28], and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion. Plaintiff's Second Amended Complaint is **DISMISSED with prejudice.** The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**